IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | Case No.: 4:20-CR-16 |
| HEATHER SLOAN ) | |
|     Defendant ) | |
| ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

Application for Leave of Absence has been requested by Maria M. Justus. for Monday, April 12th, 2021 through Friday, April 16th , 2021 in the above captioned case. The above and foregoing request for Leave of Absence is **GRANTED.** Ms. Justus is provided Leave of Court from Monday, April 12th, 2021 through Friday, April 16nd, 2021 However, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

So ORDERED this 16th day of March, 2021.

ORDER PREPARED BY:

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

*/s/ Maria M. Justus*
Georgia Bar No. 947906
24 Drayton Street, Suite 1000
Savannah, GA 31401
Telephone: 912-443-4070
Facsimile: 912-644-6702
Email: mjustus@donniedixonlaw.com